```
                    IN THE UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF GEORGIA
                             ATHENS DIVISION


JAMES W. FAUST,                        *

        Plaintiff                      *

vs.                                    *
                                             CASE NO. 3:07-CV-136 (CDL)
MICHAEL J. ASTRUE, Commissioner        *
of Social Security,
                                       *
        Defendant
_____        *
```

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 23, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 19th day of November, 2008.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE